UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-02
JUNE 5, 2018 SESSION



FILED
JUN - 6 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:18-00128
8 U.S.C. § 1326(a)

**JAVIER LEON-VILLAGOMEZ**

## I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about October 31, 2007, defendant JAVIER LEON VILLAGOMEZ, an alien, was found at or near Milwaukee, Wisconsin, and was subsequently removed from the United States to Mexico on or about December 21, 2007.

2. On or about October 6, 2008, defendant JAVIER LEON VILLAGOMEZ, an alien, was found at or near Milwaukee, Wisconsin, and was subsequently removed from the United States to Mexico, on or about October 24, 2008.

3. On or about May 12, 2018, at or near Ravenswood, Jackson County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JAVIER LEON VILLAGOMEZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the

express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S. Goes*
ERIK S. GOES
Assistant United States Attorney